# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | |
| ) Case No. 22-mj-00114-SKC | |
| ) | |
| RICHER BRIYAN VALLE-RAUDALES ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about April 29, 2022, in the State and District of Colorado, Richer Briyan VALLE-RAUDALES, an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about October 30, 2019, and without the express consent of the proper legal authority to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-entry after Removal |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*s/Shawna Weir*
*Complainant's signature*

Deportation officer, Shawna Weir
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 06/30/2022

*Judge's signature*

City and state: Denver, Colorado

Magistrate Judge S. Kato Crews
*Printed name and title*