AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 JUL 11 PM 12:02

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| United States of America | ) |
| v. | ) |
| RICHER BRIYAN VALLE-RAUDALES | ) Case No. 22-mj-00114-SKC |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RICHER BRIYAN VALLE-RAUDALES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Illegal Re-entry after Removal in violation of 8 U.S.C. § 1326(a)

Date: 06/30/2022

*Issuing officer's signature*

City and state:  Denver, Colorado

Magistrate Judge S. Kato Crews
*Printed name and title*

### Return

This warrant was received on *(date)* 6/30/22, and the person was arrested on *(date)* 7/6/22
at *(city and state)* Denver, CO.

Date: 7/6/22

*Arresting officer's signature*

P. BLISS DCD/USMS
*Printed name and title*